# Court of Appeals
# of the State of Georgia

ATLANTA,   May 06, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1556.  CRAIG L. JONES v. THE STATE.**

On March 11, 2013, the trial court imposed a previously suspended sentence on Craig L. Jones.  Jones filed both a motion to modify the sentence and a motion for a hearing, and the trial court denied both motions in two orders entered on July 9, 2013.  On November 4, 2013, Jones filed a notice of appeal from the order denying his request for a hearing.[1]

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of the order sought to be appealed.  Jones, however, filed his notice of appeal 118 days after entry of the trial court's order.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal."  *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  Because Jones's notice of appeal is untimely, we lack jurisdiction to consider his appeal, which is hereby DISMISSED.

We note that, in his notice of appeal, Jones contends that he did not timely receive a copy of the order from the trial court.  If so, his remedy is to petition the trial court to vacate and re-enter the order as a means of correcting the problem.  See

---

[1] Jones appealed from the order denying the motion to modify on October 28, 2013, and that appeal was docketed as A14A1554.

id.; *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).

The re-entry of the order would begin anew the time for filing a notice of appeal. See

*Cambron*, supra.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta, 05/06/2014
     I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
     Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.